UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNY WELCH,

    Plaintiff,

v.                              Case No. 3:16cv590-LC-CJK

LINDA RUSSELL, et al.,

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 19, 2017 (doc. 24). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's "Emergency Injunction" motion (doc. 10) is **DENIED**.

3. Plaintiff's motion for summary judgment (doc. 20) is **DENIED**.

**DONE AND ORDERED** this 20th day of July, 2017.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:16cv590-LC-CJK