UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNY WELCH,

    Plaintiff,

v.                                        Case No. 3:16cv590-LC-CJK

ALICEN FORD,

    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 21, 2018 (doc. 61). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendant Alicen Ford's motion to dismiss (doc. 56) is **GRANTED** and plaintiff's claims are **DISMISSED**.

3. All pending motions are **DENIED AS MOOT**.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 21st day of August, 2018.

                        *s/L.A. Collier*
                        **LACEY A. COLLIER**
                        **SENIOR UNITED STATES DISTRICT JUDGE**